109 P.3d 571

**STATE of Arizona**

v.

**Ronald Ray WALKER.**

**No. CR–04–0335–PR.**

Supreme Court of Arizona.

April 19, 2005.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

109 P.3d 571

**STATE of Arizona**

v.

**David Douglas SECORD.**

**No. CR–04–0328–PR.**

Supreme Court of Arizona.

April 19, 2005.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

109 P.3d 571

**State ex rel MENDEZ**

v.

**AMERICAN SUPPORT et al.**

**No. CV–04–0402–PR.**

Supreme Court of Arizona.

April 19, 2005.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.